1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5        1301 Clay Street, Suite 340S
         Oakland, California 94612
6        Telephone: (510) 637-3680
         FAX: (510) 637-3724
7        James.C.Mann@usdoj.gov

8  Attorneys for United States of America

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )  No.  CR-09-00638 SBA
                                       )
14                                     )  STIPULATED REQUEST TO CONTINUE
                                       )  HEARING TO APRIL 29, 2014 AND ORDER
15      v.                             )
                                       )  Date:    April 8, 2014
16 VICTOR MANUEL ROBLES-PACHECO,       )  Time:    2:00 p.m.
                                       )  Court:   Hon. Saundra Brown Armstrong
17      Defendant.                     )
                                       )
18 ─────────────────────────────────────

19      The above-captioned matter is set on April 8, 2014 before this Court for an admission and

20 disposition of the supervised release violation charges.  The defendant is currently in the jail's infirmary

21 ////

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28
   STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 29, 2014 AND [PROPOSED] ORDER
   CR-09-00638 SBA

1  and cannot come to court.  The parties, therefore, request that this Court continue the hearing to April

2  29, 2014.

3  DATED:  April 7, 2014

4  MELINDA HAAG
United States Attorney

5

6     /s/                                                     /s/
  JAMES C. MANN                                     JOYCE LEAVITT

7  Assistant United States Attorney               Counsel for Defendant

8

9       IT IS HEREBY ORDERED that the April 8, 2014 hearing in this matter is continued from to

10  April 29, 2014.

11

12  DATED: 4/7/2014

13                                                     HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 29, 2014 AND [PROPOSED] ORDER
CR-09-00638 SBA